**DISMISS; and Opinion Filed May 9, 2019.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-01081-CV

## IN THE INTEREST OF M.B., K.B., C.B., D.B., M.B., CHILDREN

**On Appeal from the 470th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 470-55401-2017**

## MEMORANDUM OPINION

Before Justices Schenck, Osborne, and Reichek
Opinion by Justice Schenck

Appellant has filed a motion to dismiss, stating she no longer wishes to prosecute this

appeal. We grant the motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1).

/David J. Schenck/
DAVID J. SCHENCK
JUSTICE

181081F.P05



## Court of Appeals
## Fifth District of Texas at Dallas
## JUDGMENT

IN THE INTEREST OF M.B., K.B., C.B., D.B., M.B., CHILDREN

No. 05-18-01081-CV

On Appeal from the 470th Judicial District Court, Collin County, Texas
Trial Court Cause No. 470-55401-2017.
Opinion delivered by Justice Schenck, Justices Osborne and Reichek participating.

In accordance with this Court's opinion of this date, we **DISMISS** the appeal.

We **ORDER** appellee Archer Berryman recover his costs, if any, of this appeal from appellant Emily Berryman.

Judgment entered this 9th day of May 2019.